```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ADELAIDE SPENCE, on behalf of herself
and all others similarly situated,

           Plaintiff,

  - against -

BASIC RESEARCH, LLC,
BREMENN RESEARCH LABS, LLC d/b/a
BREMENN CLINICAL, DENNIS GAY,
MITCHELL K. FRIEDLANDER and
TIFFANY STROBEL,

           Defendants.
----------------------------------------X

ORDER

15 Civ. 4945 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    For the reasons stated today on the record in open court, the defendants' motion to transfer venue is granted. The Clerk of Court is instructed to transfer this case to the United States District Court for the District of Utah (Central Division) pursuant to Local Civil Rule 83.1. This Order terminates docket no. 32.

    **SO ORDERED.**

Dated:    New York, New York
           August 25, 2016

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE